**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**UNITED STATES OF AMERICA**   *   **CRIMINAL NO. 00-105**

      **v.**   *   **SECTION: "B"**

**DANIEL HENDERSON**   *

      *  *  *

**O R D E R**

Considering the foregoing,

**IT IS HEREBY ORDERED** that CAROL L. MICHEL be enrolled as additional counsel of record for the United States of America in the above-captioned case.

New Orleans, Louisiana, this <u>26th</u> day of <u>June</u>, 2008.

_____
UNITED STATES DISTRICT JUDGE