LAED 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

FILED U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2008 AUG 19 PM 3:17
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 00-105 B |
| Craig Baldwin ) | USM No: 27003-034 |
| ) | Albert A. Bensabat |
| Date of Previous Judgment: 10/25/2000 ) | Defendant's Attorney |
| (Use Date of Last Amended Judgment if Applicable) | |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months is reduced to _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 34                Amended Offense Level: *N/A
Criminal History Category: VI             Criminal History Category: ____
Previous Guideline Range: 262 to 327 months    Amended Guideline Range: ____ to ____ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

If this sentence is less than the amount of time the defendant has already served, the sentence is reduced to a 'time served' sentence.

**III. ADDITIONAL COMMENTS**
*Ineligible as the defendant is a career offender.

Except as provided above, all provisions of the judgment dated 10/25/2000 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 08/19/2008

_____
Judge's signature

Effective Date: _____   Ivan L.R. Lemelle, United States District Judge
(if different from order date)             Printed name and title